FILE COPY



# COURT OF APPEALS

REBECA C. MARTINEZ
  CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 24, 2023

Andrew Upton
Mayer LLP
750 N. St. Paul St., Suite 700
Dallas, TX 75201-3207
* DELIVERED VIA E-MAIL *

Kevin J. Keith
Mayer LLP
750 N. Saint Paul Street Suite 700
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

Honorable Norma Gonzales
Judge, 131st District Court
100 Dolorosa St, 2nd Fl
San Antonio, TX 78205-3028
* DELIVERED VIA E-MAIL *

Thomas A. Crosley
The Crosley Law Firm, P.C.
3303 Oakwell Ct.
Suite 200
San Antonio, TX 78218
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-22-00805-CV
        Trial Court Case Number:   2022CI02105
        Style: Uber Technologies, Inc. and Rasier, LLC
           v.
        Brooks W. Boenig and Bridget B. Connolly-Boenig

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ,
Clerk of Court

_Monica Rivera_

Monica Rivera
Deputy Clerk, Ext. 53855

cc: Coleman Proctor (DELIVERED VIA E-MAIL)
Debbie Doolittle (DELIVERED VIA E-MAIL)
Steven Nuñez (DELIVERED VIA E-MAIL)
Jennafer Gayle Groswith (DELIVERED VIA E-MAIL)
Gloria A. Martinez (DELIVERED VIA E-MAIL)
William Roberts (DELIVERED VIA E-MAIL)
Ryan G. Anderson (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2023

No. 04-22-00805-CV

**UBER TECHNOLOGIES, INC.** and Rasier, LLC,
Appellants

v.

Brooks W. **BOENIG** and Bridget B. Connolly-Boenig,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI02105
Honorable Norma Gonzales, Judge Presiding

# O R D E R

This is an interlocutory appeal from the trial court's order denying Appellants' motion to compel arbitration.

On January 10, 2023, Appellants moved this court to stay all trial court proceedings until this court finally disposes of Appellants' interlocutory appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 171.025(a); TEX. R. APP. P. 29.3; *In re Merrill Lynch Tr. Co. FSB*, 235 S.W.3d 185, 195 (Tex. 2007).

On January 18, 2023, Appellees filed their response stating they oppose the motion.

Appellants' motion to stay is GRANTED. We STAY all trial court proceedings pending further order of this court or final disposition of this interlocutory appeal numbered 04-22-00805-CV. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 171.025(a); TEX. R. APP. P. 29.3; *In re Merrill Lynch Tr. Co. FSB*, 235 S.W.3d at 195.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2023.



FILE COPY

MICHAEL A. CRUZ, Clerk of Court